254 So.2d 462

**In the Matter of Glen DEMOURELLE, applying for a Writ of Habeas Corpus.**

**No. 51904.**

Nov. 23, 1971.

In re: Glen Demourelle applying for writ of habeas corpus.

Application denied. The showing made does not warrant the exercise of our supervisory jurisdiction. City of New Orleans v. Cook, 249 La. 820, 191 So.2d 634, and State v. Jones, 259 La. 998, 254 So.2d 274.

254 So.2d 463

**STATE of Louisiana ex rel. James W. BENTON**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

**No. 51908.**

Nov. 23, 1971.

In re: James W. Benton applying for writ of habeas corpus.

Writ refused. The showing made does not warrant the exercise of our original or supervisory jurisdiction.